**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00422-CV

**ALAN D. GERTNER, IRA, Appellant**

**V.**

**HQZ PARTNERS, L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03044-H**

## ORDER

Before the Court is appellees' November 25, 2015 second motion for an extension of time to file a brief. Appellees' brief was timely filed on November 30, 2015. Accordingly, we **DENY** the motion as moot.

/s/ ELIZABETH LANG-MIERS
JUSTICE